# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JACK MOOTZ,<br><br>    Defendant and Judgment Debtor.<br><br>THE GOLDEN 1 CREDIT UNION,<br> (and its Successors and Assignees)<br><br>    Garnishee. | Case No. 1:18-mc-00015-AWI-SAB<br><br>**FINAL ORDER OF GARNISHMENT (BANK ACCOUNTS)**<br><br>Criminal Case No. 1:17-cr-00053-DAD |

Currently pending before the Court is the United States' application for a final order of garnishment against the property and account(s) of the Defendant and Judgment Debtor, Jack Mootz, ("the request"), which was referred to the undersigned pursuant to Local Rule 302(c)(7). The Court, having reviewed its files and the request, and good cause appearing therefrom, issues the following order.

The Court finds as follows:

1. On August 23, 2017, the Court sentenced Defendant Jack Mootz in criminal case number 1:17-cr-00053-DAD. The amended judgement, which was entered on September 18,

1

2017, ordered that Defendant pay a $100.00 statutory assessment and $8,000.00 in restitution. See U.S.A. v. Mootz, 1:17-cr-00053-DAD-BAM, ECF Nos. 43, 44.

2. To collect the restitution order, the United States filed an application for writ of garnishment on March 26, 2018, in the instant case. (ECF No. 1.)

3. As of March 26, 2018, Jack Mootz owed $8,882.50 in restitution and surcharge. (ECF No. 1 at 2.)

4. The Clerk issued a writ of garnishment on March 26, 2018. (ECF No. 3.)

5. On March 26, 2018, the United States served the Garnishee, The Golden 1 Credit Union, with a copy of the writ of garnishment and its attachments. (ECF No. 2.)

6. On March 28, 2018, the Clerk issued the Clerk's notice and instructions to judgment debtor. (ECF No. 5.)

7. On March 28, 2018, the United States served the Judgment Debtor with a copy of the writ of garnishment, its attachments, and the Clerk's notice and instructions to judgment debtor. (ECF No. 4.) The Judgment Debtor was notified of his right to a hearing and right to object to the answer and/or to claim exemptions. (ECF Nos. 4-3, 4-5, 4-6). Specifically, Judgment Debtor was advised that he had twenty days (20) days from the date the Garnishee served its answer to file a request for hearing pursuant to 28 U.S.C. § 3205(c)(5). (ECF No. 4-6.)

8. Garnishee served its acknowledgment of service and answer of garnishee (the "answer") to the writ on April 10, 2018. (ECF No. 7.) In its answer, the Garnishee identifies the Judgment Debtor as the owner of two accounts with the following balances: No. ***6697-9, $2,083.48; and No. ***6697-0, $50.00.

9. The United States re-served the answer on Judgment Debtor on April 18, 2018, at an address that included his inmate register number.

10. No request for hearing was filed, no objections to the answer were filed, and no claims of exemptions were raised by the Judgment Debtor.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The United States' application for a final order of garnishment is granted;

2. Judgment Debtor's non-exempt The Golden 1 Credit Union property and accounts

1  are garnished;

2  3. The United States is entitled to recover the ten percent (10%) litigation surcharge
3  authorized under 28 U.S.C. § 3011(a) in addition to the unpaid $8,075.00 judgment balance;

4  4. Garnishee shall liquidate and pay to the Clerk of Court, within 21 days of the
5  filing of this order, the contents of Judgment Debtor's accounts No. ***6697-9 ($2,083.48 plus
6  any money deposited after April 10, 2018) and ***6697-0 ($50.00 plus any money deposited
7  after April 10, 2018). Garnishee shall make the payment via cashier's check or money order
8  payable to the "Clerk of the Court;"

9  5. Garnishee shall deliver or mail the payment to the Office of the Clerk, United
10 States District Court, Eastern District of California, 501 I Street, Room 4-200, Sacramento,
11 California 95814. Garnishee shall also state the criminal docket number (Case No. 1:17-cr-
12 00053-DAD) on the payment instrument, and if it desires a payment receipt, shall include a self-
13 addressed, stamped envelope with the payment; and

14 6. This is a final order of garnishment. Upon payment and processing of the
15 garnished amount, the writ terminates pursuant to 28 U.S.C. § 3205(c)(10). The Clerk shall
16 close this case.

IT IS SO ORDERED.

Dated: **May 24, 2018**

UNITED STATES MAGISTRATE JUDGE

3